**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PAMELA JOHNSON** **PLAINTIFF**

**v.** **Case No. 4:25-cv-00745-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 12). Plaintiff Pamela Johnson has not filed any objections, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects (*Id.*). The Court affirms the Commissioner's decision. The Court dismisses with prejudice Johnson's complaint (Dkt. No. 2).

It is so ordered this the 22nd day of September, 2026.

Kristine G. Baker
Chief United States District Judge